Form notpdsch.jsp

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama
Case No.: 13−01233
Chapter: 13
Judge: MARGARET A. MAHONEY

In re:

Victoria Lynn Beckman
9434 Sanibel Loop
Daphne, AL 36526

Social Security No.:
xxx−xx−8042

## NOTICE OF PREVIOUS DISCHARGE

*Notice is hereby given:*

The following debtor(s): Victoria Lynn Beckman

was/were granted a chapter 7 discharge on 2/25/2013 in Case No. 12−01712 filed on 5/18/2012 in the

Southern District of Alabama .

Accordingly, notice is hereby given that the above−named debtor(s) eligibility for a discharge may need to be determined.

Dated: 4/11/13

/s/ LEONARD N. MALDONADO
Clerk, U. S. Bankruptcy Court

FM
Deputy Clerk Initials